UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RODOLFO PRIMERO,** | ) |
| Plaintiff, | ) Case No. 12-1820 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

January 31, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge